# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO MONTANEZ REYES, | Case No. 1:16-cv-00043-LJO-EPG-HC |
| Petitioner, | ORDER REGARDING PETITIONER'S MOTION REQUESTING AN ANSWER TO ORDER OF REASSIGNMENT |
| v. | |
| WARDEN OF CSP-CORCORAN, | (ECF No. 25) |
| Respondent. | |

Petitioner is a state prisoner proceeding *pro se* in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 8, 2018, Petitioner filed the instant motion inquiring about the status of his petition. (ECF No. 25).

This case was recently transferred to the undersigned judge, Magistrate Judge Erica P. Grosjean. She will be reviewing the materials and issuing orders going forward in this case. The Court is aware that the petition has been pending for some time and that Petitioner is waiting for the Court to rule. The Court does not have an estimate for that ruling, but will do so as promptly as she is able with her other pending cases.

IT IS SO ORDERED.

Dated:  __**June 11, 2018**__                    /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE